1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929    **E-filing**
4
   Attorney for Plaintiff
5  Yingchun SUN

6                    **UNITED STATES DISTRICT COURT**

7                  **NORTHERN DISTRICT OF CALIFORNIA**

   Yingchun SUN              CV 08          1257 SI
8                                    )  Case No.:
                                     )
9                    Plaintiff       )  **COMPLAINT FOR WRIT IN THE**
                                     )  **NATURE OF MANDAMUS**
10  vs.                              )
                                     )
11  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security  )
12                                   )
                     Defendant.      )  "Immigration Case"
13  _____)

14         Plaintiff Yingchun SUN, by and through her undersigned attorney, sues Defendant and

15  states as follows:

16  1.     This action is brought against the Defendant to compel action on the Application

17  to Adjust to Permanent Resident Status, or Form I-485, by Plaintiff Yingchun SUN, based on her

18  asylee status, and on the Refugee Asylee Relative Petition, or Form I-730, both properly filed by the

19  Plaintiff. The I-485 application and the I-730 petition remain within the jurisdiction of the Defendant,

20  who has improperly withheld action on said applications to Plaintiff's detriments.

21                              **PARTIES**

22  2.     Plaintiff Yingchun SUN is a native and citizen of the People's Republic of China. Her

23  Form I-485, Application to Register Permanent Resident or Adjust Status, was received by the

24  U.S.C.I.S. on October 14, 2005 (**Exhibit 1: I-485 Receipt Notice and Transfer Notice**).

25  Plaintiff's Refugee Asylee Relative Petition, or Form I-730, on behalf of her husband Jingsheng HU

26  was received by the U.S.C.I.S. on August 30, 2006 (**Exhibit 2: I-730 Receipt Notice**).

27  3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

28  (DHS), and this action is brought against him in his official capacity. He is generally charged

---

1  with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

2  such powers and authority to subordinate employees of the DHS 8 U.S.C. 1103(a); 8 C.F.R. 2.1.

3  ### JURISDICTION

4  4.    Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,

5  and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

6  ### VENUE

7  5.    Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action

8  against officers and agencies of the United States in their official capacities, brought in the

9  District where either the Plaintiff resides if no real property is involved in the action or most

10  action/inaction has occurred.

11  ### EXHAUSTION OF REMEDIES

12  6.    Plaintiff has exhausted her administrative remedies.

13  ### CAUSE OF ACTION

14  7.    Plaintiff Yingchun SUN is a native and citizen of the People's Republic of China. Her

15  Form I-485, Application to Register Permanent Resident or Adjust Status, was received by the

16  U.S.C.I.S. on October 14, 2005 (**Exhibit 1: I-485 Receipt Notice and Transfer Notice**).

17  Plaintiff's Refugee Asylee Relative Petition, or Form I-730, on behalf of her husband Jingsheng HU

18  was received by the U.S.C.I.S. on August 30, 2006 (**Exhibit 2: I-730 Receipt Notice**). At the

19  time of initial filing, Plaintiff's husband Jingsheng HU was outside of the United States. After

20  Jingsheng HU came to the United States on January 6, 2007, Plaintiff filed another I-730, on

21  March 8, 2007 (**Exhibit 3: Copy of attorney's letter, Form G-28, Form I-730, mailing label,**

22  **track & confirmation**). The U.S.C.I.S. did not issue a Receipt Notice for the second filing.

23  8.    Plaintiff Yingchun SUN's I-485 and I-730 have now remained pending for more than 29

24  months and 18 months, respectively, since the date of the filing.   According to the Service Center

25  processing dates, the USCIS NSC is currently processing asylum-based I-485 filed on October 1,

26  2006 and I-730 petitions filed on October 2, 2006 (**Exhibit 4: Copy of NSC Processing Dates**

27  **Posted on February 15, 2008**).

28  9.    Defendant's refusal to act in this case is, as a matter of law, arbitrary and not in accordance

1  with the law. Defendant has unreasonably delayed in and have refused to adjudicate Plaintiff's I-

2  485 for more than 29 months and Plaintiff's I-730 for 18 months from the date of their filing,

3  thereby depriving her of the right to a decision on the applications and the peace of mind to which

4  Plaintiff is entitled.

5  10.    Plaintiff has been damaged by the failure of Defendant to act in accord with his duties

6  under the law.

7        (a)    Plaintiff Yingchun SUN has been damaged by simply being deprived of the

8               adjudication of her I-485 for more than 29 months and of her I-730 for 18 months.

9               Plaintiff has also been unable to plan any foreign travel or pursue a future course of

10              action in the United States due to the pendency of her I-485 and her I-730.

11  12.    The Defendant, in violation of the Administrative Procedures Act and Mandamus Act, 5

12  USC §701 *et seq.*, is unlawfully withholding or unreasonably delaying action on the adjudication

13  of Plaintiff's I-485 and I-730 and has failed to carry out the adjudicative functions delegated to

14  him by law with regard to Plaintiff's case.

**PRAYER**

16  13.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

17  respectfully prays that the Defendant be cited to appear herein and that, upon due consideration,

18  the Court enter an order:

19        (a)    requiring the defendant to complete the processing of the I-485 and I-730

20               expeditiously without further delay or in accordance with the Court ruling;

21        (b)    and awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice

22               Act; and

23        (c)    granting such other relief at law and in equity as justice may require.

24  Dated:      February 29, 2008                Respectfully submitted,

25

26

27                                        Justin X. WANG, Esq.

28                                        Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 29, 2008                                       Respectfully submitted,

Justin X. WANG, Esq.
Attorney for Plaintiff

1
2
3
4

# LIST OF ATTACHMENTS

5
6

*Exhibit*        *Description*

7

1          I-485 Receipt Notice and Transfer Notice

8

2          I-730 Receipt Notice

9

3          Copy of attorney's letter, Form G-28, Form I-730, mailing label, track &

10

             confirmation

11

4          USCIS Nebraska Service Center Processing Dates

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

Ex 1

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-06-010-51901 | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>October 11, 2005 | PRIORITY DATE | APPLICANT  A96 494 567<br>SUN, YINGCHUN |
| NOTICE DATE<br>October 14, 2005 | PAGE<br>1 of 1 | |

| | |
|---|---|
| YINGCHUN SUN<br>130 BLOSSOM CIR<br>SAN MATEO CA 94403 | Notice Type:  Receipt Notice<br><br>Amount received: $ 365.00<br><br>Section: Asylee adjustment |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change.  If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will allow USCIS to concentrate resources first on cases where visas are actually available.  This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status.  Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates.  For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-90, I-485, or I-698 application
Biometrics - (fingerprint, photo, signature)
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1-800-375-5283 to schedule your appointment.  For hearing impaired, TDD assistance call 1-800-767-1833.  It is important that you schedule your appointment.  We cannot complete certain steps in processing until you appear for this appointment.
What to bring to your appointment - You must bring this letter and a photo identification to your appointment.
Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state - issued photo identification card.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-06-010-51901 | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| --- | --- |
| RECEIPT DATE<br>October 14, 2005 | PRIORITY DATE | APPLICANT   A096 494 567<br>SUN, YINGCHUN |
| NOTICE DATE<br>October 19, 2006 | PAGE<br>1 of 1 | |

YINGCHUN SUN
130 BLOSSOM CIR
SAN MATEO CA 94403

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Nebraska Service Center, P O BOX 82521 LINCOLN NE 68501-2521

That office will notify you of the decision made on your application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update.

Please refer to the USCIS processing dates webpage, via the USCIS home webpage http://www.uscis.gov/graphics/index.htm, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a premium processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

Ex. 2

Department of Homeland Security
U.S. Citizenship and Immigration Service.

Case 3:08-cv-01257-SI    Document 1    Filed 03/04/2008    Page 10 of 24    I-797C, Notice of Action

| RECEIPT NUMBER<br>LIN-06-253-52591 | | CASE TYPE  I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIVED DATE<br>August 30, 2006 | PRIORITY DATE | PETITIONER  A096 494 567<br>SUN, YINGCHUN |
| NOTICE DATE<br>August 30, 2006 | PAGE<br>1 of 2 | |

| YINGCHUN SUN<br>130 BLOSSOM CIRCLE<br>SAN MATEO CA 94403-4604 | Notice Type:   Receipt Notice<br><br>Fee Waived |
|---|---|

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

| RECEIPT NUMBER LIN-06-253-52591 | | CASE TYPE I730 REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIVED DATE August 30, 2006 | PRIORITY DATE | PETITIONER A096 494 567 SUN, YINGCHUN |
| NOTICE DATE August 30, 2006 | PAGE 2 of 2 | |

(Cont')
Family members:

| Name | DOB | COB | Class A-Number |
|---|---|---|---|
| HU, JINGSHENG | 04/08/1949 | CHINA, PEOPLE'S REPUBLIC OF | |

Please see the additional information on the back. You will be notified separately about any other cases you filed.



Ex. 3

# BAUGHMAN & WANG
## ATTORNEYS AT LAW

San Francisco Main Office

111 Pine Street, Suite 1350
San Francisco, CA 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929
www.lawbw.com
Email: Justin@lawbw.com

Fremont Office

39650 Liberty Street, Suite 240
Fremont, CA 94538
Telephone: (510) 623-9668
Facsimile: (510) 623-9498

March 8, 2007

USCIS
Nebraska Service Center
P.O.Box 87730
Lincoln, NE 68501-7730
**Attn: I-730 Supervisor**

RE:   **LIN-06-253-52591        I-730**
      **Petitioner: SUN, Yingchun (A96 494 567)**
      **Beneficiary: HU, Jingsheng**

Dear CIS Officer:

I represent both the petitioner and beneficiary in the above-referenced I-730 petition. Two of my original Form G-28 are attached.

This I-730 petition was received by the Service on August 30, 2006 (*Exhibit 1: I-730 Receipt Notice*). At the time of filing, the beneficiary, Mr. Jingsheng Hu, was living in China. On January 6, 2007, Mr. Hu entered the United States with a B1 visa (*Exhibit 2: Copy of Form I-94, passport and U.S. visa*).

Since Mr. Jingsheng Hu is now in the U. S., petitioner Yingchun Sun wishes to **amend** the Form I-730, specifically the "Processing Information" **to reflect that "The person named in Part 3 is now in the United States"**, in Part 3, Question 1, Box a, of the Form I-730 (*Exhibit 3: Amended Form I-730*).

Upon approval of this I-730, **please issue a Form I-797A,** the Approval Notice **with Form I-94**, as the beneficiary is now in the U.S.

Your assistance in this matter will be greatly appreciated.

Very truly yours,

Justin X. Wang, Esq.
Attorney for Petitioner and Beneficiary

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | HU, Jingsheng (Beneficiary) | Date | 03/08/2007 |
|---|---|---|---|
| | SUN, Yingchun (Petitioner) | File No. | LIN06-253-52591 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|---|
| Jingsheng | HU | | ☒ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 130 Blossom Circle | San Mateo | CA | 94403 |

| Name | | | ☒ Petitioner | ☐ Applicant |
|---|---|---|---|---|
| Yingchun | SUN | | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 130 Blossom Circle | San Mateo | CA | 94403 |

Check applicable item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

California      Supreme Court      and am not under a court or administrative agency
                                         Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | BAUGHMAN & WANG |
| | 111 Pine Street, Suite 1350 |
| | San Francisco   CA   94111 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Justin X. Wang | 415-576-9923   415-576-9929   justin@lawbw.com |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Justin X. Wang

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
I-730

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Yingchun SUN | | 03/08/2007 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: HU, Jingsheng (I-730 Beneficiary) | Date | 03/08/2007 |
|---|---|---|
| | File No. | LIN06-253-52591 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|
| Jingsheng | HU | ☒ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 130 Blossom Circle | | San Mateo | CA | 94403 |

| Name | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|
| | | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|

Check applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
    California          Supreme Court          and am not under a court or administrative agency
                               *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
    the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.    *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | **BAUGHMAN & WANG** |
| | **111 Pine Street, Suite 1350** |
| | San Francisco    CA   94111 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Justin X. Wang | 415-576-9923    415-576-9929    justin@lawbw.com |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Justin X. Wang
*(Name of Attorney or Representative)*

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
I-730

| Name of Person Consenting | Signature of Person Consenting | | Date |
|---|---|---|---|
| Jingsheng HU | Hu Jing Sheng | | 03/08/2007 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0037; Expires 08/31/07

**I-730, Refugee/Asylee Relative Petition**

| DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE USE ONLY | | |
|---|---|---|
| Section of Law<br>☐ 207 (c)(2) Spouse<br>☐ 207 (c)(2) Child<br>☐ 208 (b)(3) Spouse<br>☐ 208 (b)(3) Child | Action Stamp | Receipt |
| Reviewed For<br>Material<br>Support<br><br>Date: | | Remarks |

**START HERE** - Please type or print legibly in black ink.

Petitioner Status: ☐ Refugee    ☐ Lawful Permanent Resident based on previous Refugee status
       ☒ Asylee    ☐ Lawful Permanent Resident based on previous Asylee status

I am filing this petition for my: ☒ Spouse                ☐ Biological Child
                  ☐ Unmarried child under 21 years of age      ☐ Stepchild

Number of relatives I am filing for: _____1_____ ( __1__ of _1_ )     ☐ Adopted Child

| Part 1. Information about you. | Part 2. Information about your alien relative. |
|---|---|
| Family Name (Last Name), Given Name (First Name), Middle Name<br><br>SUN        Yingchun | Family Name(Last Name), Given Name(First Name), Middle Name<br><br>HU        Jingsheng |
| Address - C/O | Address - C/O   Mr. Jingsheng Hu |
| Street Number and Name       Apt. #<br>130 Blossom Circle | Street Number and Name       Apt #<br>130 Blossom Circle |
| City       State or Province<br>San Mateo       CA | City       State or Province<br>San Mateo       CA |
| Country    Zip/Postal Code    Gender: a.☐ Male<br>USA    94403    b.☒ Female | Country    Zip/Postal Code    Gender: a.☒ Male<br>USA    94403    b.☐ Female |
| Date of Birth (mm/dd/yyyy)    Country of Birth<br>03/16/1951    China | Date of Birth (mm/dd/yyyy)    Country of Birth<br>04/08/1949    China |
| Country of Citizenship/Nationality    Telephone Number Country and City/Area Code<br>China    650-345-4560 | Country of Citizenship/Nationality    Telephone Number Country and City/Area Code<br>China    650-345-4560 |
| Alien Registration Number (A#)    U.S. Social Security # (If applicable.)<br>96 494 567    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 | Alien Registration Number (If any.)    U.S. Social Security # (If any.)<br>None    None |
| Other Name(s) Used (Including maiden name)<br>None | Other Name(s) Used (Including maiden name)<br>None |
| State If Married, Date (mm/dd/yyyy) and Place of Present Marriage:<br>Married    01/26/1976    Beijing, China | State If Married, Date (mm/dd/yyyy) and Place of Present Marriage:<br>Married    01/26/1976    Beijing, China |
| State If Previously Married, Name(s) of Prior Spouse(s):<br>None | State If Previously Married, Name(s) of Prior Spouse(s):<br>None |
| Date(s) Previous Marriage(s) Ended: (mm/dd/yyyy)<br>None | Date(s) Previous Marriage(s) Ended: (mm/dd/yyyy)<br>None |
| If Granted Refugee Status, Date (mm/dd/yyyy) and Place Admitted to the United States:<br>None | To Be Completed by<br>Attorney or Representative, if any.<br>☒ Fill in box if G-28 is attached to represent the petitioner. |
| Date (mm/dd/yyyy) and Place Refugee or Asylee status was granted:<br><br>09/14/2004    San Francisco Asylum Office | Volag #<br><br>Atty State License #   CA 166183 |

Form I-730 (Rev. 09/18/06) N

## Part 2. Information about your alien relative. (Continued.)

Name and address of your alien relative in the language written in the country where he or she now resides.

| Family Name | Given Name | Middle Name |
|---|---|---|
| N/A | | |

Address - C/O

Street Number and Name/Apt. #

City/State or Province

Country/Zip/Postal Code

## Part 3. Processing Information.

1. Check One:
   a. ☒ The person named in Part 2 is now in the United States.
   b. ☐ The person named in Part 2 is now outside the United States. (Please indicate the location of the American Consulate or Embassy where your relative will apply for a visa.)

   American Consulate/Embassy at: _____
   
   City and Country

2. Is the person named in Part 2 in deportation or removal proceedings in the United States?
   a. ☒ No
   b. ☐ Yes *(Please explain below or on a separate sheet(s) of paper.)*

## Part 4. Signature.

*Read the information on penalties in the instructions before completing this section and sign below. If someone helped you to prepare this petition, he or she must complete Part 5.*

*I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it, is all true and correct. I authorize the release of any information from my record which the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.*

| Signature | Print Name | | Date | Daytime Telephone Number |
|---|---|---|---|---|
| | Yingchun | SUN | 03/08/2007 | 415-576-9923 |

*NOTE: If you do not completely fill out this form or fail to submit the required documents listed in the instructions, your relative may not be found eligible for the requested benefit and this petition may be denied.*

## Part 5. Signature of person preparing form, if other than petitioner above. (Sign below.)

*I declare that I prepared this petition at the request of the above person and it is based on all of the information of which I have knowledge.*

| Signature | Print Full Name | Date | Daytime Telephone Number |
|---|---|---|---|
| | Justin X. Wang | | 415-576-9923 |

| Firm Name and Address | E-mail Address (If any.) |
|---|---|
| BAUGHMAN & WANG | justin@lawbw.com |
| 111 Pine Street, Suite 1350, San Francisco, CA 94111 | |

**Customer Copy**
Label 11-B  September 2002

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

ER 819896966 US

**ORIGIN (POSTAL USE ONLY)**

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| CA94126 | ☑ Next ☐ Second | ☐ 14.40 |

| Date In | | | Postage |
|---|---|---|---|
| Mo. Day Year | ☐ 12 Noon ☐ 3 PM | $ |

| Time In | Military | Return Receipt Fee |
|---|---|---|
| ☐ AM ☑ PM | ☐ 2nd Day ☐ 3rd Day | |

| Weight | Int'l Alpha Country Code | COD Fee | Insurance Fee |
|---|---|---|---|
| lbs. ozs. | | $ | $ |

| No Delivery | Acceptance Clerk Initials | Total Postage & Fees |
|---|---|---|
| ☐ Weekend ☐ Holiday | A.V.L | $ 14.40 |

**FROM:** (PLEASE PRINT)    PHONE ( ) 415,576 - 9923

Justin X. Wang, Esq.
Baughman Et Wang
111 Pine St., #1350
San Francisco, CA 94111

FOR PICKUP OR TRACKING CALL 1-800-222-1811
www.usps.com  ≡EMS
PRESS HARD. You are making 3 copies.

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Attempt | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Date | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waived. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

| NO DELIVERY | | Customer Signature |
|---|---|---|
| ☐ Weekend ☐ Holiday | | |

**TO:** (PLEASE PRINT)    PHONE 800 375 - 5283

USCIS, NSC
850 S. Street
P.O. Box 87730
Lincoln, NE
Attn: I-730 Supervisor  (Open by Addressee Only)

ZIP + 4   6 8 5 0 8 + ☐☐☐☐



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **ER81 9896 966U S**
Status: **Delivered**

Your item was delivered at 10:58 AM on March 9, 2007 in LINCOLN, NE 68501 to INS EXPRESS . The item was signed for by F HEINAUER.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

  POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts** 
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Ex. 4



Home   Contact Us   Site Map   FAQ

Search   

Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulation    About USCIS    Education & Resou    Press Room

Print This Page          Back

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Processing Dates
# Posted February 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Nebraska Service Center** Posted February 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|---------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | August 06, 2007 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | August 19, 2007 |
| | | | |

| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | October 04, 2007 |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | January 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | January 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | January 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | December 17, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | December 17, 2007 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | June 13, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | June 13, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | September 29, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | May 21, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | September 29, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | November 24, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | February 21, 2007 |

| | | | |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | January 22, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | December 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | May 09, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | December 05, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | January 22, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | January 30, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | April 17, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | August 19, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | July 30, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | October 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | January 01, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | August 19, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | August 19, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 03, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | May 20, 2007 |

| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | October 02, 2006 |
|---|---|---|---|
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | July 05, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | January 16, 2008 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | November 30, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | January 16, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | November 30, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | November 30, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | August 19, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | February 20, 2007 |

Print This Page          Back

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security