```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| YINGCHUN SUN, | ) | |
|---|---|---|
| | ) | No. C 08-1257 SI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| MICHAEL CHERTOFF, Secretary of the | ) | **PROCESS** |
| Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status and refugee relative petition. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

Parties Request to be Exempt from ADR
C08-1257 SI                                        1

1  ADR Multi-Option Program and that they be excused from participating in the ADR phone
2  conference and any further formal ADR process.

3  Dated: May 23, 2008                     Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

7                                                   /s/
                                           ILA C. DEISS[1]
                                           Assistant United States Attorney
8                                          Attorney for Defendant

10 Dated: May 23, 2008                              /s/
                                           JUSTIN X. WANG
11                                         Attorney for Plaintiff

13                                  **ORDER**

14      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
15 ADR Multi-Option Program and are excused from participating in the ADR phone conference and
16 any further formal ADR process.
17 **SO ORDERED.**
18 Dated:
                                           _____
                                           SUSAN ILLSTON
19                                         United States District Judge

---

27  [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28 indicated by a "conformed" signature (/S/) within this efiled document.

Parties Request to be Exempt from ADR
C08-1257 SI                                 2