JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YINGCHUN SUN,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,<br><br>           Defendant. | No. C 08-1257 SI<br><br>STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; DEFENDANTS' MOTION TO DISMISS; PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; and [PROPOSED] ORDER |

    The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 30-day extension of the case management conference and parties' cross-motions for summary judgment, based on the following:

    1. The plaintiff filed her application to Register Permanent Resident (Form I-485) on October 14, 2005, and an application for Relative Petition (Form I-730) on August 30, 2006.

    2. The plaintiff filed her motion for summary judgment on May 13, 2008, noticing a hearing date of June 20, 2008.

    3. The defendants filed their cross-motion for summary judgment on May 16, 2008, also noticing a hearing date of June 20, 2008.

    4. Plaintiff's I-485 was adjudicated on June 4, 2008.

Stip. to Extend Date
C08-1257 SI                                                        1

1    5. Accordingly, in order to allow USCIS sufficient time to adjudicate plaintiff's I-730 application, the parties respectfully ask this Court to extend the date of the case management conference and the parties' cross-motions for summary judgment, currently scheduled for June 20, 2008 to July 25, 2008, at 9:00 a.m.

Dated: June 5, 2008                      Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                       /s/
                                       ILA C. DEISS[1]
                                       Assistant United States Attorney
                                       Attorney for Defendants

Dated: June 5, 2008                      /s/
                                       JUSTIN X. WANG
                                       Attorney for Plaintiff

## ORDER

   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference and the parties' cross-motions for summary judgment be continued to July 25, 2008 at 9:00 a.m.

Dated:                                              SUSAN ILLSTON
                                             United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stip. to Extend Date
C08-1257 SI                            2