```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7124
        FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YINGCHUN SUN, | ) No. C 08-1257 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
|  | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, | ) |
| Defendant. | ) |

Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485), and application for relative petition (Form I-730).

///
///
///
///
///
///

Stip. to Dismiss
C08-1257 SI                                1

1  Each of the parties shall bear their own costs and fees.

2  Dated: June 20, 2008                             Respectfully submitted,

3                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney

4

5

6                                                   _____/s/_____
                                                    ILA C. DEISS[1]
                                                    Assistant United States Attorney
7                                                   Attorney for Defendants

8

9  Dated: June 20, 2008                             _____/s/_____
                                                    JUSTIN X. WANG
10                                                  Attorney for Plaintiff

11

12                              **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED.

14
   Dated:                                           _____
15                                                  SUSAN ILLSTON
                                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26  _____

27     [1]/ I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

28

Stip. to Dismiss
C08-1257 SI                              2